AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Richmond

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:23CR079 SEALED (AS DETAINER) |
|  | ) |
|  | ) |
|  | ) |
| Xavier Lopez | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Xavier Lopez                          ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Please see attached.

Date:   06/22/2023

*Issuing officer's signature*

City and state:  Richmond, Virginia         J. Jones, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11 July 2023, and the person was arrested on *(date)* 11 July 2023
at *(city and state)* Richmond, VA.

Date: 11 July 2023

*Arresting officer's signature*

Jose Lopez Fornes, Special Agent
*Printed name and title*
FBI