ITEM #66

Xavier Lopez 000479313
Henrico county jail-East
17320 New Kent Hwy
Barhamsville, VA 23011

RICHMOND VA 230
28 MAY 2021 PM 4 L




B [redacted] H [redacted]
[redacted]
Richmond, VA 23226

Uncensored Inmate Mail
Henrico Regional Jail East

23226-370119

Dear B,

I have dedicated my life to the truth, to Jesus Christ our Lord and the Father in heaven, Creator of all. This means serving God above any and every human authority. Our government is evil. Enough so that there can be no peaceful coexistance between God's plan and following the law. Just as God takes what is evil and uses it for good, Satan takes what is good and uses it for evil. You say that you'll always have a place for me in your home, but when you also ~~say~~ said no guns were allowed, I knew that to be a lie. Ultimately you did allow me to have the rifle, but the fact that I had to live in the fear that you wouldn't is the reason I felt the need to lie about it. The point is that your actions show that you place the laws of this Satanic government above my well-being because it's all you really know. I don't doubt for a second that you truly mean well, however the end result is the same as if you didn't, and in the end you will be judged not by your intentions but by your actions and their results. The reason I will not be caught dead without a gun is the same reason our Lord said "If you don't yet have a sword, sell your cloak and buy one." Of course He also said "He who lives by the sword dies by the sword" and you should understand that I'd prefer to die by the ~~so~~ sword for the Lord's name than to live long on earth peacefully serving Satan's laws. I know

you meant to spare me from hardship, however I must pursue the cause of truth no matter what, for "the road to destruction is broad and the gate wide for the many who choose it, while the pathway to life is ~~tre~~ difficult and the gate narrow for the few who will find it" and I fully intend to be one of those few or die trying as "those who may lose their life for my (Jesus Christ's) sake shall find it." and therefore I find myself at war with ~~my~~ the Government of the Devil who has sought out the destruction of Christianity through subversion and deception since the Synagogue of Satan took control here on Janurary 18th 1913. There can be no tolerance for what is evil, especially when the laws of the land protect it, and we as followers of the Lord need to understand that we must do everything in our power to erradicate evil doing either by the repentance and forgiveness of the redeemable or the bloodshed of the irrevocably ungodly. You have done so much for me, and I absolutely appreciate your kindness, however it must be said that unless I am able to build guns, explosives & other forms of weaponry & store them in my room without fear of the law finding out about it from you, I cannot fully trust in anything you say or do. Yes, "faith without works is dead" but the lesson I seem to be learning the hard way from my own flesh and blood is that

"works without faith is also dead." Understand that there is a big difference between killing and murder, otherwise God wouldn't have punished King Ahab for sparing the life of Ben-Hadad, or God wouldn't have punished King Saul for not totally destroying the Amelekite nation. He now calls on us to overthrow the devil's government and unseat the Synagogue of Satan from all their positions of power, but our refusal to do so is punished by his leaving us to suffer in the sins that are protected by police and Federal Law Enforcement Agencies while true justice is not only denied but condemned and persecuted. False victimhood takes priority and parasitism is rewarded all because we are too pacifist, squeamish and ultimately cowardly to follow the Lord's command to remove the synagogue of Satan and it's Zionist Occupation Government since doing so would require killing them. Now I must ask you once again to make the decision of who to serve, for "one cannot serve two masters, otherwise he will love one and hate the other or despise the one and serve the other" so which master do you serve? the Lord or the law? and you must choose, learn from His message to the church in Laodicea: "I know... that you are neither hot nor cold. I wish you were one or the other! but since you are like lukewarm water, I will spit you out of my mouth!" All that needs to be done is for us to truly unite in Christ Jesus and make

total war against the Satanic occultist Government and the Zionist Devil-worshipping bankers who control it, and the Lord God will give us victory. It requires us to ~~reo~~ reject the feel-good lies and embrace the hard truths, one of the latter being that the only way for there to truly have peace is to shed the blood of those who sow division and make war. We must "wage war to end war" in every way. Tolerance is cowardice, cowardice is treason. I pray you understand the decision that must be made by all. God knows I've given up a lot in His name and and willing to give more to Him if necessary. I know that I've been way too dependent on you and your adherance to the devil's laws and their desires is a part of the reason that the very second I'm able to live without you, I will. When I leave, you won't be able to find me until you forsake Satan's laws for the Lord's way as I have, If you do. Jews, Liberals, communists, Degenerates, Zionists, progressives, capitalists, globalists, and green-party PETA-type environmentalists are the greatest enemies of God and the primary representatives of the Devil himself in the spotlight and everyday life. Learn to spot them and how to destroy them, because avoidance is denial, denial is tolerance, tolerance is cowardice, cowardice is treason. So stay strong and choose wisely. I know this is difficult to read

for you, but I'm writing these hard truths down for you to remember ~~becaud~~ because I love you. Even though I may never be able to fully trust you for reasons stated earlier, I still love you because you are my flesh and blood and the closest thing to a mother I will ever know. Don't ever forget that.

Deus Vult Semper Unum,

Xavier Lopez

Xavier Lopez, 21st century crusader ~~[illegible]~~