Cru54d3r @Cru54d3r

Sep 1 ·

this may sound crazy and extreme, but at this point I'm completely for white immigration. I'm completely for even illegal white immigration. I'm for all white countries for all Fascist whites. if you're a Fascist White man or woman seeking asylum from a country without civilian gun ownership, please cross our border, get married, have a bunch of kids, and arm yourselves to the teeth. tell other Fascists you know in your country to do the same so we can reclaim our lands. let's use the tools kikes have made available against them. infiltrate the migrant caravans and outbreed all the niggers and mutts so as to demographically counter the nonwhite invaders. please be a drain on the kike system by immediately going to social services and getting all the gibs typically given to niggers and mutts. go so far as to fake a mental disorder if you have to. organize into extended family households and take up all the low-medium wage tax-free jobs while concentrating multiple incomes into a single household. squat in abandoned properties and make all nonwhites around you feel uncomfortable. start ganging up on and beating every nigger and kike you see until they are voluntarily leaving the continent in droves. have no tolerance for cops. if they come to your house, that's your cue to shoot them. if you see cops at your white neighbor's house, that's also your cue to shoot them. if you hear of cops beating up a white man in your area, get together to attack the whole police department and even go so far as to break your white brothers out of prison if possible. have no tolerance for race traitors. form militias, build social services for destitute whites and stop crying about glowniggers infiltrating your group. the glowniggers will reveal themselves when we start going after their friends, colleagues, and families. this is total war. let's start acting like it. let's beat all our enemies at their own game. always remember that our enemies have names, addresses, license plate numbers, etc some of which are required to be publicized. have absolutely zero regard for the "law and order" of the kike system that hates you. freely give other whites whatever they may need if you can. you see a homeless white? give him some cash and food. they may not be based enough, but they will be if we follow this model of total racial solidarity that our enemies have adopted themselves.

GOVERNMENT
EXHIBIT

Pinned gab

Cru54d3r @Cru54d3r ...
Oct 7 · Edited

how to have a proper organization without opening yourself up to glownigger entrapment schemes:

1. all real weapons should be built, not bought. this can be done with a 3D printer and a parts kit, both of which can quite easily be bought untraceably, especially if everyone in the group holds mail for each other, and any debit gift cards used are purchased with cash and are registered under a pseudonym when necessary. ammo and magazines should be standardized for each type (carbines being .223/5.56 and STANAG mag compatible, shotguns being .12 gauge, handguns being 9mm and Glock mag compatible, etc.), and remember the rule for 7 mags per gun (or 7 velcro shell cards per tube fed shotgun), 3 guns per man. all handling of ammo, weapons, and magazines should be done with gloves on. hydration packs, tents, sleeping bags, etc. are an absolute must for each member to have. eventually you want to get to the point where each member is provided with all necessary items upon being fully vetted. also, all vetting of prospective members is to be completed in no more and no less than 15 months.

Cru54d3r @Cru54d3r · Red Wave Riders · Edited · Oct 5

@LilR and no, being a convicted felon is not at all a valid excuse for remaining unarmed. stay strapped or get clapped. if you don't have a gun yet, at least acquire the means to make one. parts kits are everywhere and 3d printers are pretty cheap now too. you can also have a decent side hustle selling your builds to our white brothers across the pond and all around the world for monero over TOR or isp.

GOVERNMENT EXHIBIT
_______________

Cru54d3r @Cru54d3r · #BritFam GB · 3 likes · Oct 4

@Darrenspace this is why we should always be armed. raid a military or police armory if you have to. go full Lord of War but for white people only if necessary. manufacture pipe bombs using match heads or mix acetone and either 35% peroxide or styrofoam if necessary to manufacture what you need in order to defend yourself against the niggers or police. if you know where your local drug dealer lives, raid his house for cash and weapons and then use them to help other whites build community and fend off all opposition. take over territory and destabilize the system.

3

Like Reply Repost ···

GOVERNMENT
EXHIBIT

Cru54d3r @Cru54d3r · 5 reactions · 3 reposts · Sep 15

@541er now is the time. or whenever you decide to act. Nobody's going to be a hero. it's up to you. and me. and every other Fascist Revolutionary to take matters into our own hands. whatever action you are able to do and get away with. just do it. be smart and plan it out. set a date. slowly and methodically select your target and gather the necessary info and supplies. war is an art. become the artist. your target is your canvas. the blood you will spill and shed in your act is the paint. your action is the brush. make a masterpiece. select your target wisely and learn from the mistakes of your predecessors. ensure that no matter what it hurts the kike system more than the cause. Brevik was the best example of this thus far, but we can do even better. if available, gather people you know you can reliably trust enough to act in concert with you. hit multiple targets at the same time to stretch (((enemy))) resources and do as much surgical damage as you can in order to hit the system not where it laughs, but where it SCREAMS. do so in such a way to encourage others to act in ways that are actually effective.

5

Like Reply Repost ···

Cru54d3r @Cru54d3r

Oct 6 ·

youtube.com/watch?v=4bFiHawo4Ro




3D Printed Guns and failed gun control.